# ELECTRONIC RECORD

COA # 05-15-00075-CR            OFFENSE: 10.01

STYLE: Roy Jon v. The State of Texas            COUNTY: Dallas

COA DISPOSITION:        DISMISSED            TRIAL COURT: Criminal District Court No. 5

DATE: 01/23/2015            Publish: NO    TC CASE #:    W92-63805-L

# IN THE COURT OF CRIMINAL APPEALS

STYLE:    Roy Jon v. The State of Texas            CCA #:    **225-15**

_____ PRO SE _____ Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:            DATE:    _____

_____ REFUSED _____            JUDGE:    _____

DATE: ___ 04/22/2015 ___            SIGNED: _____        PC: _____

JUDGE: ___ _____            PUBLISH: _____        DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD